# Supreme Court of Louisiana

FOR IMMEDIATE NEWS RELEASE

NEWS RELEASE #016

FROM: CLERK OF SUPREME COURT OF LOUISIANA

The Opinions handed down on the **2nd day of April, 2018**, are as follows:

**PER CURIAM**:

2017-C-0974    THREE RIVERS COMMONS CONDOMINIUM ASSOCIATION v. DONNA GRODNER, ET AL. (Parish of Livingston)

We granted defendant's application for a writ of certiorari on October 27, 2017. After considering the briefing and oral argument of the parties, the record and the applicable law, we conclude the judgment below does not require the exercise of this court's supervisory authority. Accordingly, we recall our order of October 27, 2017 as improvidently granted, and we deny defendant's writ application.

WEIMER, J., concurs and assigns reasons.

SUPREME COURT OF LOUISIANA

No. 2017-C-0974

THREE RIVERS COMMONS CONDOMINIUM ASSOCIATION

VERSUS

DONNA GRODNER, ET AL.

ON WRIT OF CERTIORARI TO THE COURT OF APPEAL,
FIRST CIRCUIT, PARISH OF LIVINGSTON

PER CURIAM

We granted defendant's application for a writ of certiorari on October 27, 2017. After considering the briefing and oral argument of the parties, the record and the applicable law, we conclude the judgment below does not require the exercise of this court's supervisory authority. Accordingly, we recall our order of October 27, 2017 as improvidently granted, and we deny defendant's writ application.

# SUPREME COURT OF LOUISIANA

### No. 17-C-0974

## THREE RIVERS COMMONS CONDOMINIUM ASSOCIATION

## VERSUS

## DONNA GRODNER, ET AL.

*On Writ of Certiorari to the Court of Appeal, First Circuit, Parish of Livingston*

**WEIMER, J.**, concurring.

Although I respectfully disagree with the decision to recall the writ, I concur because ultimately I reach the same result. On this record, I would affirm the result reached by the majority of the court of appeal.